UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**AZARIAS HEARD**                                   **CIVIL ACTION**

**VERSUS**                                          **NO: 06-3207**

**BURL CAIN**                                       **SECTION: "K"(3)**

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** there will be judgment herein in favor of defendant, Burl Cain, and against plaintiff, Azarias Heard, **DISMISSING WITH PREJUDICE** plaintiff's *habeas corpus* claims.

New Orleans, Louisiana, on this __9th__ day of March, 2007.

                                                              _____
                                                              **STANWOOD R. DUVAL, JR.**
                                                              **UNITED STATES DISTRICT COURT JUDGE**